RECEIVED

MAR 1 0 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

To Whom This May Concern:

This letter is regarding the Louisiana Legislature and Department of Corrections. These two agencies are in agreement with a criminal violation of legalizing slavery as well as false imprisonment. The Department of Corrections has a team of attorneys to find ways to keep inmates in prison. They present these ways to the Legislature to pass laws. Citizens of Louisiana should be able to vote on these laws, but those constitutional rights have been taken away. They have presented the law R.S.15:571.5 as well as other laws to legalize slavery. This law requires a prisoner to sign a contract giving up his rights as citizens to be released into freedom.

The United States Constitution says that no person can pass a law that removes another person's citizenship. The contract that the inmate must sign releases them on parole. For example, a person is sentenced to 10 years. After serving 5 years, he is released on 5 years of parole supervision. This person hypothetically stays out 4.5 years without paying supervision fees; he is then "violated" for non-payment of supervision fees. This person is returned to prison to serve the remainder of their sentence which is 6 months. But the Department of Corrections makes the returned inmate do a sentence of 5 years. This person has already served 5 years and stayed on parole for 4.5 years, which equates to 9.5 years of his 10-year sentence. The Department of Corrections calculates the inmates' time as him having to do 2.5 years and must be released on another parole of 2.5 years. This sentence has been illegally enhanced to 12 years. The law clearly states that no one can enhance a sentence but a judge. This is a continuing practice of the Department of Corrections. This inmate was originally sentenced to 10 years but by Department of Corrections' miscalculations; he has now served 14.5 years. This practice is equivalent to false imprisonment.

The law states that this practice is not a violation of the law until the proper authorities are made aware. Please allow this letter to serve as notification. The Department of Corrections has violated the civil rights of each inmate who has had their sentence illegally enhanced.

Louisiana has continuously allowed the Department of Corrections to engage in illegal practices such as the removal of a person's right to vote. A person sentenced to prison and released on parole is not allowed to vote while on parole, according to Paragraph B of the voting act. When this sentence is suspended, the person should still be allowed to vote, but this has not been the proper action. This is the way the vote is controlled in Louisiana and is a violation of the voting law.

False imprisonment and slavery seem to have been legalized by the Louisiana Legislature and Department of Corrections.  The former wardens of prisons in Louisiana have moved on to other states and are implementing these illegal ways.

Burl Cain, the former warden of Angola, has moved to Mississippi and implemented these laws there as well.  All the southern states that are confederate are implementing these laws based on the results recorded in Louisiana thus far making it a United States issue.

When does this end? When will the Louisiana Legislature and Department of Corrections be held accountable for their illegal activities?  As a taxpaying citizen of Louisiana, I am requesting a full-scale investigation into these actions.

Respectfully Submitted,

Frank Jarmon

3248 Evangeline St
Baton Rouge, La.
70805



BATON ROUGE LA 707

17 MAR 2026 AM 3 L

UNITED STATES
OF AMERICA
FOREVER/USA

Middle District Justice Dept
777 Florida St Ste 139
Baton Rouge, La.
70801

70801-171739